THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ADAM NAPPI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 3, 1927; decided June 21, 1927.)

APPEAL from a judgment of the Rensselaer County
Court, rendered December 18, 1926, upon a verdict con-
victing the defendant of the crime of murder in the
first degree.

*Frank S. Parmenter* and *John P. Judge* for appellant.
*Frederick C. Filley, District Attorney (Philip J. Cirillo*
of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN and KELLOGG, JJ.; O'BRIEN, J., votes for reversal
and new trial on the ground that the trial court erroneously
exercised its discretion in denying defendant's motion
for a new trial on the ground of newly-discovered evidence.